# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN MARIE REYHER, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-1757 |
| | : | |
| GRANT THORNTON, LLP, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _6th__ day of July, 2017, it is **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 101) is **GRANTED** as follows:

- Count VIII of Plaintiff's Second Amended Complaint (ECF No. 96) is **DISMISSED WITH PREJUDICE**, for failure to state a claim;

- The remaining counts in Plaintiff's Second Amended Complaint (ECF No. 96) are **DISMISSED WITHOUT PREJUDICE**, solely on the grounds that this Court must decline to continue exercising supplemental jurisdiction, absent a valid basis for original federal jurisdiction. Plaintiff may timely refile these claims in a court of competent jurisdiction.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to: